Form ctmdsmcs

## UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re:  Daniel T. Guilfoile
        Debtor(s)

Case No.: 13–51773

Chapter:  13

## COURT'S MOTION TO DISMISS FOR
## FAILURE TO:

**Pay Filing Fee in Full**